VIVIAN CRANE, as Administratrix of the Estate of CAREN CRANE, Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant. (Action No. 2.) — In a death action, defendant appeals from a judgment in favor of plaintiff and against it and from an order denying its motions to dismiss the complaint, for a directed verdict and to set aside the verdict of the jury and for a new trial. Judgment and order affirmed, with costs. No opinion. Carswell, Acting P. J., Johnston and Wenzel, JJ., concur; Adel and Sneed, JJ., dissent and vote for reversal and a new trial upon the ground that there was no proof sufficient to sustain the verdict under the law of the case as charged by the court. (Cf. *Elliott* v. *New York R. T. Corp.*, 293 N. Y. 145, 150.)

GARESMO REALTY CO., INC., Respondent, v. CONSTANTINO GARGIULO, Appellant, et al., Defendants.— In a foreclosure action, order granting writ of assistance, and order denying motion to reopen hearing, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur. [See 275 App. Div. 668.]

LORETTA MCCORMACK, Respondent, v. METROPOLITAN JOCKEY CLUB, Appellant.— Action to recover damages for personal injuries alleged to have been sustained by plaintiff while attending horse races conducted on defendant's race track. Judgment in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ. [See 275 App. Div. 669.]

JOHN C. MUSOR et al., Respondents, v. SOFIA BROTHERS, INC., et al., Appellants.— Action to recover damages for personal injuries and property damage arising out of a collision between plaintiffs' automobile and defendants' moving van. Order, on reargument, denying defendants' motion to vacate or modify plaintiffs' notice to examine the defendants before trial, affirmed, with $10 costs and disbursements, the examination to proceed on five days' notice. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur.

FRANCES SEMAR, as Administratrix of the Estate of THEODORE R. SEMAR, Deceased, Respondent, v. GREAT EASTERN FUEL CO., INC., Appellant.— Pursuant to stipulation, the appeal is discontinued, without costs. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [191 Misc. 552.]

PEARL SHELOMZICK, Respondent, v. HERMAN SHELOMZICK, Appellant.— Order granting plaintiff's motion for the entry of a money judgment for accrued arrears of alimony due under a decree of divorce, and modifying the decree of divorce as of February 1, 1945, and reducing the payments thereunder from $10 a week to $6 a week, affirmed, with $20 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur.